Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

Robert B. Carey (*Pro Hac Vice*)
Leonard W. Aragon (*Pro Hac Vice*)
Michella A. Kras (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
       leonarda@hbsslaw.com
       michellak@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL HEAGNEY, RICA GUERRERO, KERRIE GONNELLA, JOHN ROHLOFF, and JEWEL RULE, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN PAUL MITCHELL SYSTEMS,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 3:23-cv-00687-VC<br>Hon. Vince Chhabria<br><br>**DECLARATION OF MICHELLA A. KRAS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY OF PRE-2011 CONDUCT**<br><br>Hearing Date: February 29, 2024<br>Time: 2:00 p.m. |

I, Michella Abner Kras, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Arizona, and I have been admitted pro hac vice in this Court. I am a partner at Hagens Berman Sobol Shapiro LLP, and have appeared in this case as one of the counsel of record for Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration on behalf of Plaintiffs in support of their Motion to Compel Discovery of Pre-2011 Conduct.

3. Attached as Exhibit 1 is a true and correct copy of Plaintiffs' Amended First Set of Requests for Production to Defendant John Paul Mitchell Systems, dated August 30, 2023.

4. Attached as Exhibit 2 is a true and correct copy of Plaintiffs' First Set of Requests for Admission to Defendant John Paul Mitchell Systems, dated October 20, 2023.

5. Attached as Exhibit 3 is a true and correct copy of Plaintiffs' First Set of Non-Uniform Interrogatories to Defendant John Paul Mitchell Systems, dated October 20, 2023.

6. Attached as Exhibit 4 is a true and correct copy of Defendant John Paul Mitchell Systems's Objections and Responses to Plaintiffs' Amended First Set of Requests for Production, dated September 29, 2023.

7. Attached as Exhibit 5 is a true and correct copy of Defendant John Paul Mitchell Systems's Objections and Responses to Plaintiffs' First Set of Requests for Admission, dated December 22, 2023.

8. Attached as Exhibit 6 is a true and correct copy of Defendant John Paul Mitchell Systems's Objections and Responses to Plaintiffs' First Set of Non-Uniform Interrogatories, dated December 22, 2023.

9. Attached as Exhibit 7 is a true and correct copy of a November 8, 2023 meet and confer letter from Plaintiffs' counsel.

10. Attached as Exhibit 8 is a true and correct copy of a December 28, 2023 meet and confer letter from Defendant's counsel.

11. Attached as Exhibit 9 is a true and correct copy of a January 4, 2024 meet and confer letter from Plaintiffs' counsel.

12. Attached as Exhibit 10 is a true and correct copy of JPMS-00000816–821 (highlighting in original). While this document was designated confidential by JPMS, JPMS agreed that it did not need to be filed under seal.

13. Attached as Exhibit 11 is a true and correct copy of JPMS-00002494. While this document was designated confidential by JPMS, JPMS agreed that it did not need to be filed under seal.

14. Attached as Exhibit 12 is a true and correct copy of JPMS-00002706–2708. While this document was designated confidential by JPMS, JPMS agreed that it did not need to be filed under seal.

15. Attached as Exhibit 13 is a true and correct copy of excerpts from the July 13, 2023 Transcript of Proceedings Motion to Dismiss First Amended Class Action Complaint.

16. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of February, 2024, in Phoenix, Arizona.

/s/ Michella A. Kras
Michella A. Kras