UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL HEAGNEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN PAUL MITCHELL SYSTEMS,<br><br>    Defendant. | Case No. 23-cv-00687-VC<br><br>**ORDER RE MOTIONS TO COMPEL**<br><br>Re: Dkt. Nos. 72, 73 |

    Paul Mitchell's motion to compel (Dkt. No. 73) is denied.

    The plaintiffs' motion to compel (Dkt. No. 72) is granted to the extent Paul Mitchell and any of its current officers, directors, attorneys, subsidiaries, divisions, sister corporations, affiliates, holding companies, or employees are in possession of materials responsive to the disputed discovery requests.

    **IT IS SO ORDERED.**

Dated: February 28, 2024

VINCE CHHABRIA
United States District Judge