UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL HEAGNEY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN PAUL MITCHELL SYSTEMS,<br><br>　　　　　Defendant. | Case No. 23-cv-00687-VC<br><br>**ORDER REGARDING JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 81 |

　　It's difficult to imagine that the entities hired by Paul Mitchell to submit applications and toxicology reports are not contractually obligated to provide those documents to Paul Mitchell, nor would it be particularly burdensome to require Paul Mitchell to make its best efforts to obtain them. Accordingly, Paul Mitchell is ordered to make its best efforts to obtain the applications and reports at issue in this discovery dispute and to provide those documents to the plaintiffs, within 28 days of this order. Any communications between Paul Mitchell and these third parties will also be discoverable.

　　**IT IS SO ORDERED.**

Dated: May 28, 2024

_____
VINCE CHHABRIA
United States District Judge